Filed Jan. 25, 1888.

---

No. 13,103.

PECK *v.* PECK.

DIVORCE.—*Alimony.*—*Discretion of Trial Court.*—Unless the trial court abuses its discretion in the matter of allowing alimony, the Supreme Court will not interfere with its judgment.

From the White Circuit Court.

*A. W. Reynolds* and *E. B. Sellers*, for appellant.

*T. F. Palmer*, for appellee.

ELLIOTT, J.—The trial court granted the appellee a divorce and awarded her as alimony the sum of three hundred and fifty dollars. Of this allowance appellant complains.

A very broad discretion is vested in the trial court in the matter of awarding a wife alimony, and it is only where there is a manifest abuse of discretion that this court will interfere. It rests upon the appellant in such cases to show an abuse of discretion, and if he fails to do so his appeal will be unavailing. In this case the appellant has signally failed. *Ifert* v.

*Ifert*, 29 Ind. 473; *Powell* v. *Powell*, 53 Ind. 513; *Conn* v. *Conn*, 57 Ind. 323; *Eastes* v. *Eastes*, 79 Ind. 363; *Metzler* v. *Metzler*, 99 Ind. 384; *Logan* v. *Logan*, 90 Ind. 107.

Judgment affirmed.

Filed Jan. 25, 1888.